UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CR-00209-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STEVEN ANDRE DENNIS | ) | |

This matter is before the court on defendant's unopposed motion to continue sentencing and motion to seal said motion. For good cause shown, the motions are ALLOWED. Sentencing is CONTINUED to 12 March 2012.

This 13 January 2012.

_____
W. Earl Britt
Senior U.S. District Judge