UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Steven Andre Dennis**                              Docket No. 5:11-CR-209-1BR

**Petition for Action on Supervised Release**

COMES NOW Marla Bianco, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Steven Andre Dennis, who, upon an earlier plea of guilty to Conspiracy to Distribute Two-Hundred Eighty (280) Grams or More of Cocaine Base (crack) and five (5) Kilograms or More of Cocaine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on July 9, 2012, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On December 7, 2014, pursuant to 18 U.S.C. § 3582(c)(2), the imprisonment sentence was reduced to 68 months.

Steven Andre Dennis was released from custody on May 27, 2016, at which time the term of supervised release commenced. On March 17, 2017, a violation report was submitted advising the court of a positive drug test that was received by the probation office on January 24, 2017. The probation office requested the defendant continue on supervision to be able to participate in mental health and substance abuse treatment. On March 20, 2017, the violation report was signed by Your Honor agreeing with our recommendation.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 14, 2017, the defendant tested positive for illicit substances (cocaine). When confronted with the results, the defendant did not deny the validity of the test, but he denied his actual use of cocaine. As a sanction for his conduct, we are recommending that the defendant serve three days in jail. The defendant signed a substance abuse admission form denying his use of cocaine on or about March 14, 2017. The defendant will remain attending substance abuse and mental health treatment as well as remaining enrolled in the Surprise Urinalysis Program for random drug testing.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Steven Andre Dennis
Docket No. 5:11-CR-209-1BR
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Marla Bianco
Marla Bianco
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910.354.2535
Executed On: May 15, 2017

**ORDER OF THE COURT**

Considered and ordered this 17 day of May, 2017, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge